IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERNON WELCH, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER | : | NO. 19-2023 |

ORDER

AND NOW, this 29th day of January, 2020, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that this motion of defendant Nationstar Mortgage, LLC, d/b/a MR. COOPER to dismiss Counts V, VI, VII, and VIII of the First Amended Complaint is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.